UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION, | : | |
| Plaintiff, | : | Civil No. _____ |
| | : | |
| v. | : | |
| | : | **CASE NUMBER  1:05CV01603** |
| 0.03 ACRES OF LAND IN | : | **JUDGE: Ricardo M. Urbina** |
| THE DISTRICT OF COLUMBIA | : | **DECK TYPE: General Civil** |
| (2834 Alabama Avenue, S.E.) | : | |
| | : | ACTION **DATE STAMP: 08/11/2005** |
| and | : | |
| | : | |
| SAMUEL N. FRANCO | : | |
| 2834 Alabama Avenue, S.E. | : | |
| Washington, D.C. 20020, et. al., | : | |
| Defendants. | : | |

NOTICE OF REMOVAL OF ACTION
BY DEFENDANT SAMUEL N. FRANCO

In accordance with 28 U.S.C. §1446, defendant Samuel N. Franco ("Franco"), by his attorney herein, hereby gives notice of the removal of the above-captioned action pending in the Superior Court of the District of Columbia ("Superior Court"), bearing case no. 2005CA5335 (Judge Geoffrey M. Alprin), to the United States District Court for the District of Columbia.

1. The grounds for removal of this action are that this Court has original jurisdiction over this action under 28 U.S.C. §1332 in that there exists complete diversity of citizenship between plaintiff, a District of Columbia governmental instrumentality, and defendants Franco, a citizen of Maryland and PNC Bank, upon information and belief a Pennsylvania corporation without an interest, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

2. This is an action to condemn real property located in the District of Columbia owned by defendant Franco. Defendant Franco was served with the initial pleading in this action setting forth the claim on which the action is based on July 19, 2005. Said initial pleading consisted of a

Notice and Complaint to Condemn Real Property and an Initial Order of the Superior Court, and an Amended Notice and Amended Complaint to Condemn Real Property.

3. The amount in controversy is $350,000 which is the value of defendant Franco's property which plaintiff seeks to condemn as stated in the Complaint and the Amended Complaint.

4. Attached to and filed with this Notice are copies of the following:

(a) the Notice and Complaint to Condemn Real Property and Initial Order; (Attachment 1)

(b) the Amended Notice and Amended Complaint to Condemn Real Property; (Attachment 2) and

(c) the Answer and Counterclaim of Defendant Franco filed in the Superior Court. (Attachment 3).

5. The Action and the Counterclaim are related to the following cases now pending in this Court:

Samuel Franco, et. al., v. District of Columbia, et. al., Civil No. 1:05-cv-01058 (RMU), Rose Rumber, et. al., v. District of Columbia, et. al., Civil No. 1:04-cv-01170 (RMU), and Autozone Development Corporation, et. al., Civil No. 1:05-cv-00476 (RMU).

Dated: August 11, 2005

_____
Ralph Werner
D.C. Bar No. 88161
1020 Nineteenth Street, N.W.,
Suite 400
Washington, D.C. 20036
(202) 331-8940
(202) 331-8943 (Fax)
Attorney for Defendant Samuel N. Franco.

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Notice of Removal of defendant Samuel N. Franco was served by first class mail, postage prepaid, this 11th day of August, 2005 on Paul J. Kiernan, Esq., Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, DC 20036, attorney for plaintiff, and on Barbara Liester, Vice-President, PNC Bank, N.A., successor to defendant National Bank of Washington, 1919 Pennsylvania Avenue, NW, Washington, DC 20006.

Ralph Werner



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

NATIONAL CAPITAL REVITALIZATION CORP
    Vs.

SAMUEL N FRANCO

C.A. No.      2005 CA 005335 E(RP)

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby ORDERED as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients prior to the conference whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this Conference.

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge GEOFFREY M ALPRIN
Date:    JULY 8, 2005
Initial Conference: 9:00 am, Friday, October 21, 2005
Location:  Courtroom 320
      500 Indiana Avenue N.W.
      WASHINGTON, DC 20001

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| NATIONAL CAPITAL<br>REVITALIZATION CORPORATION<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036 | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| 0.03 ACRES OF LAND IN<br>THE DISTRICT OF COLUMBIA<br>(2838 ALABAMA AVENUE, S.E.) | )<br>)<br>)<br>) |
| and | )<br>) |
| SAMUEL N. FRANCO<br>2834 Alabama Avenue, S.E.<br>Washington, D.C. 20020 | )<br>)<br>) |
| and | )<br>) |
| NATIONAL BANK OF WASHINGTON<br>4340 Connecticut Avenue, N.W.<br>Washington, D.C. 20008 | )<br>)<br>)<br>) |
| and | )<br>) |
| UNKNOWN OWNERS | )<br>) |
| Defendants. | )<br>) |

RECEIVED
Civil Clerk's Office
JUL – 8 2005
Superior Court of the
District of Columbia
Washington, D.C.

05-0005335

Civil Action No. _____

ACTION INVOLVING
REAL PROPERTY

## NOTICE

To Defendant National Bank of Washington:

You are hereby notified that a complaint in condemnation has heretofore been filed in the

Office of the Clerk of the Superior Court of the District of Columbia, 613 G Street, N.W., for the

taking as an estate in fee simple the following described property in which you have or claim an interest:

> 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88.

The plaintiff seeks to acquire the property to consolidate it with other parcels for retail and related development.

The authority for this taking is D.C. Official Code, §§ 2-1219.19 and 2-1219(c)(1) (2005).

You are further notified that if you desire to present any objection or defense to the taking of your property you are required to serve your answer on the plaintiff's attorney at the address herein designated within twenty days after personal service of this Notice upon you.

Your answer shall identify the property in which you claim to have an interest, state the nature and extent of the interest you claim, and state all of the your objections and defenses to the taking of your property. All defenses and objections not so presented are waived. And in case of your failure so to answer the complaint, judgment of condemnation of that part of the above-described property in which you have or claim an interest will be rendered.

But without answering, you may serve on the plaintiff's attorney a notice of appearance designating the property in which you claim to be interested. Thereafter you will receive notice of all proceedings affecting it. At the trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your property, and you may share in the distribution of the award.

Dated: July 8, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan,  D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854

By: _____
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital
Revitalization Corporation*

2954193 v3

3

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |
|---|---|
| NATIONAL CAPITAL<br>REVITALIZATION CORPORATION<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN<br>THE DISTRICT OF COLUMBIA<br>(2838 ALABAMA AVENUE, S.E.)<br><br>and<br><br>SAMUEL N. FRANCO<br>2834 Alabama Avenue, S.E.<br>Washington, D.C. 20020<br><br>and<br><br>NATIONAL BANK OF WASHINGTON<br>4340 Connecticut Avenue, N.W.<br>Washington, D.C. 20008<br><br>and<br><br>UNKNOWN OWNERS<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    05-0005385<br>)<br>)    Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    ACTION INVOLVING<br>)    REAL PROPERTY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT TO CONDEMN REAL PROPERTY

Plaintiff National Capital Revitalization Corporation ("NCRC"), by and through its undersigned counsel, hereby brings this action for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

In support thereof, NCRC states as follows:

### Parties

1.      NCRC is an independent instrumentality of the District of Columbia (the "District"), which was established in 1998 to "effectuate public purposes" including, but not limited to, "retain[ing] and expand[ing] businesses located within the District, attract[ing] new businesses to the District, and induc[ing] economic development and job creation by developing a strategic economic development plan for the District; providing incentives and assistance; removing slum and blight; and coordinating the District's efforts towards these ends." See D.C. Official Code, § 2-1219.02 (2005).

2.      NCRC has been authorized to acquire real property and to exercise eminent domain "in furtherance of the public purposes [articulated in NCRC's enabling statute], in accordance with the provisions of subchapter II of Chapter 13 of Title 16 and §§ 16-1314 to 16-1316," the District's general eminent domain statute. See D.C. Official Code, § 2-1219.19(a) (2005). NCRC has been specifically authorized by the City Council to exercise eminent domain for the property in the lawsuit. See id. at § 2-1219.19(c)(1).

3.      The property at issue is 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88 (the "Property").

4.      Defendant Samuel N. Franco ("Defendant Franco") is an individual holding an interest in the Property.

5.      Defendant National Bank of Washington is an entity holding an interest in the Property.

2

6.    In addition to the Defendants named above, there may be others who have or may claim an interest in the Property to be taken, whose names are unknown to NCRC and on diligent inquiry have not been ascertained.  They are made parties to the action under the designation "Unknown Owners."

7.    NCRC seeks to acquire the Property as an estate in fee simple.

## Jurisdiction

8.    This Court has jurisdiction over this action pursuant to <u>D.C. Official Code</u>, § 16-1303 (2005), because this is a civil action for the condemnation of real property.

9.    This Court has personal jurisdiction over the Defendants pursuant to <u>D.C. Official Code</u>, § 13-423 (2005), because Defendants have an interest in, are using, or are possessing real property located in the District.

## Factual Allegations

### A.    The Use for Which the Property is Taken

10.    The Property is amongst approximately 18.5 acres located on the north side of the intersection of Good Hope Road, Alabama Avenue, and Naylor Road, S.E., in the Hillcrest neighborhood of Ward 7 (the "Skyland Site").

11.    The Skyland Site currently has blighted and hazardous conditions, has a haphazard layout, and is sufficiently distressed to justify a program of economic rejuvenation.

12.    NCRC seeks to acquire the Property through condemnation to consolidate the Property with other parcels on the Skyland Site for retail and related development (the "Skyland Project").

13.    The Skyland Project is a carefully considered development plan, which is designed to serve a public purpose and is not intended to benefit a particular class of identifiable

individuals.

14.     Consolidation and development of the parcels will serve to eliminate the current blighted and hazardous conditions that exist at the Skyland Site and to replace the current haphazard layout and dilapidated conditions with amenities that the community has sought for years.

15.     NCRC has no illegitimate purpose for acquiring the Property.

16.     The City Council approved and authorized the exercise of eminent domain.

**B.     NCRC's Good Faith Attempt to Acquire the Property by Purchase**

17.     On or about February 22, 2005, NCRC sent a letter to Defendant Franco offering to purchase the Property for the appraised value of $350,000.00.

18.     On April 28, 2005, NCRC sent a letter to Defendant Franco explaining that NCRC was preparing to move ahead with eminent domain proceedings if the Defendants were not interested in negotiating a sale of the Property.

19.     Prior to the date of this Complaint, the parties have engaged in good faith negotiations, but NCRC has been unable to acquire the Property voluntarily.

## Condemnation of Real Property

20.     NCRC incorporates by reference the allegations set forth in Paragraphs 1 through 19 above.

21.     NCRC has identified the Property as one required for an authorized public purpose and use.

22.     NCRC has identified the Property as one required to eliminate the current blighted, hazardous, and distressed conditions that exist at the Skyland Site.

23.    NCRC has received approval from the City Council and Mayor of the District to condemn the Property.

24.    NCRC and Defendant Franco participated in good faith negotiations for the purchase of the Property.

25.    The appraised value of $350,000.00 offered by NCRC to purchase the Property would constitute just compensation for the Property.

26.    Defendants have refused to sell, and NCRC has otherwise been unable to purchase, the Property.

**WHEREFORE,** the National Capital Revitalization Corporation prays that this Court enter judgment in its favor and against Defendants allowing NCRC to take the Property, to acquire fee simple title in the Property, to pay the sum of $350,000.00 as just compensation for the same, and for such other relief this Court may find just and proper.

Dated: July 8, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan, D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854

By: _____
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital*
*Revitalization Corporation*

2954193 v3

5

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

NATIONAL CAPITAL
REVITALIZATION CORPORATION
2025 M Street, N.W.
Suite 600
Washington, D.C. 20036 )
)
)
)
)
)
)
Plaintiff, )
)
v. )
)
0.03 ACRES OF LAND IN )
THE DISTRICT OF COLUMBIA )
(2838 ALABAMA AVENUE, S.E.) )
)
and )
)
SAMUEL N. FRANCO )
2834 Alabama Avenue, S.E. )
Washington, D.C. 20020 )
)
and )
)
NATIONAL BANK OF WASHINGTON )
4340 Connecticut Avenue, N.W. )
Washington, D.C. 20008 )
)
and )
)
UNKNOWN OWNERS )
)
Defendants. )

**05-0005335**

Civil Action No. _____

**ACTION INVOLVING
REAL PROPERTY**

### NOTICE

To Defendant Samuel N. Franco:

You are hereby notified that a complaint in condemnation has heretofore been filed in the

Office of the Clerk of the Superior Court of the District of Columbia, 613 G Street, N.W., for the

taking as an estate in fee simple the following described property in which you have or claim an interest:

> 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88.

The plaintiff seeks to acquire the property to consolidate it with other parcels for retail and related development.

The authority for this taking is D.C. Official Code, §§ 2-1219.19 and 2-1219(c)(1) (2005).

You are further notified that if you desire to present any objection or defense to the taking of your property you are required to serve your answer on the plaintiff's attorney at the address herein designated within twenty days after personal service of this Notice upon you.

Your answer shall identify the property in which you claim to have an interest, state the nature and extent of the interest you claim, and state all of the your objections and defenses to the taking of your property. All defenses and objections not so presented are waived. And in case of your failure so to answer the complaint, judgment of condemnation of that part of the above-described property in which you have or claim an interest will be rendered.

But without answering, you may serve on the plaintiff's attorney a notice of appearance designating the property in which you claim to be interested. Thereafter you will receive notice of all proceedings affecting it. At the trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your property, and you may share in the distribution of the award.

Dated: July 8, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan,  D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854

By: _____
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital*
*Revitalization Corporation*

# 2954193_v3

3

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| NATIONAL CAPITAL<br>REVITALIZATION CORPORATION<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036 | )<br>)<br>)<br>)<br>)<br>) |
|        Plaintiff, | )<br>) |
|    v. | ) |
| 0.03 ACRES OF LAND IN<br>THE DISTRICT OF COLUMBIA<br>(2838 ALABAMA AVENUE, S.E.) | )<br>)<br>)<br>) |
| and | ) |
| SAMUEL N. FRANCO<br>2834 Alabama Avenue, S.E.<br>Washington, D.C. 20020 | )<br>)<br>) |
| and | ) |
| NATIONAL BANK OF WASHINGTON<br>4340 Connecticut Avenue, N.W.<br>Washington, D.C. 20008 | )<br>)<br>) |
| and | ) |
| UNKNOWN OWNERS | ) |
|       Defendants. | )<br>) |

05-0005335

Civil Action No. _____

ACTION INVOLVING
REAL PROPERTY

## COMPLAINT TO CONDEMN REAL PROPERTY

Plaintiff National Capital Revitalization Corporation ("NCRC"), by and through its undersigned counsel, hereby brings this action for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

In support thereof, NCRC states as follows:

## Parties

1.      NCRC is an independent instrumentality of the District of Columbia (the "District"), which was established in 1998 to "effectuate public purposes" including, but not limited to, "retain[ing] and expand[ing] businesses located within the District, attract[ing] new businesses to the District, and induc[ing] economic development and job creation by developing a strategic economic development plan for the District; providing incentives and assistance; removing slum and blight; and coordinating the District's efforts towards these ends." See D.C. Official Code, § 2-1219.02 (2005).

2.      NCRC has been authorized to acquire real property and to exercise eminent domain "in furtherance of the public purposes [articulated in NCRC's enabling statute], in accordance with the provisions of subchapter II of Chapter 13 of Title 16 and §§ 16-1314 to 16-1316," the District's general eminent domain statute. See D.C. Official Code, § 2-1219.19(a) (2005). NCRC been specifically authorized by the City Council to exercise eminent domain for the property in the lawsuit. See id. at § 2-1219.19(c)(1).

3.      The property at issue is 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88 (the "Property").

4.      Defendant Samuel N. Franco ("Defendant Franco") is an individual holding an interest in the Property.

5.      Defendant National Bank of Washington is an entity holding an interest in the Property.

6.    In addition to the Defendants named above, there may be others who have or may claim an interest in the Property to be taken, whose names are unknown to NCRC and on diligent inquiry have not been ascertained.  They are made parties to the action under the designation "Unknown Owners."

7.    NCRC seeks to acquire the Property as an estate in fee simple.

### Jurisdiction

8.    This Court has jurisdiction over this action pursuant to <u>D.C. Official Code</u>, § 16-1303 (2005), because this is a civil action for the condemnation of real property.

9.    This Court has personal jurisdiction over the Defendants pursuant to <u>D.C. Official Code</u>, § 13-423 (2005), because Defendants have an interest in, are using, or are possessing real property located in the District.

### Factual Allegations

**A.    The Use for Which the Property is Taken**

10.    The Property is amongst approximately 18.5 acres located on the north side of the intersection of Good Hope Road, Alabama Avenue, and Naylor Road, S.E., in the Hillcrest neighborhood of Ward 7 (the "Skyland Site").

11.    The Skyland Site currently has blighted and hazardous conditions, has a haphazard layout, and is sufficiently distressed to justify a program of economic rejuvenation.

12.    NCRC seeks to acquire the Property through condemnation to consolidate the Property with other parcels on the Skyland Site for retail and related development (the "Skyland Project").

13.    The Skyland Project is a carefully considered development plan, which is designed to serve a public purpose and is not intended to benefit a particular class of identifiable

3

individuals.

14.    Consolidation and development of the parcels will serve to eliminate the current blighted and hazardous conditions that exist at the Skyland Site and to replace the current haphazard layout and dilapidated conditions with amenities that the community has sought for years.

15.    NCRC has no illegitimate purpose for acquiring the Property.

16.    The City Council approved and authorized the exercise of eminent domain.

**B.    NCRC's Good Faith Attempt to Acquire the Property by Purchase**

17.    On or about February 22, 2005, NCRC sent a letter to Defendant Franco offering to purchase the Property for the appraised value of $350,000.00.

18.    On April 28, 2005, NCRC sent a letter to Defendant Franco explaining that NCRC was preparing to move ahead with eminent domain proceedings if the Defendants were not interested in negotiating a sale of the Property.

19.    Prior to the date of this Complaint, the parties have engaged in good faith negotiations, but NCRC has been unable to acquire the Property voluntarily.

<u>**Condemnation of Real Property**</u>

20.    NCRC incorporates by reference the allegations set forth in Paragraphs 1 through 19 above.

21.    NCRC has identified the Property as one required for an authorized public purpose and use.

22.    NCRC has identified the Property as one required to eliminate the current blighted, hazardous, and distressed conditions that exist at the Skyland Site.

4

23.    NCRC has received approval from the City Council and Mayor of the District to condemn the Property.

24.    NCRC and Defendant Franco participated in good faith negotiations for the purchase of the Property.

25.    The appraised value of $350,000.00 offered by NCRC to purchase the Property would constitute just compensation for the Property.

26.    Defendants have refused to sell, and NCRC has otherwise been unable to purchase, the Property.

**WHEREFORE,** the National Capital Revitalization Corporation prays that this Court enter judgment in its favor and against Defendants allowing NCRC to take the Property, to acquire fee simple title in the Property, to pay the sum of $350,000.00 as just compensation for the same, and for such other relief this Court may find just and proper.

Dated: July 8, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan, D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854

By: _____
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital Revitalization Corporation*

2954193 v3

5

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

NATIONAL CAPITAL                          )
REVITALIZATION CORPORATION                )
2025 M Street, N.W.                        )
Suite 600                                  )
Washington, D.C. 20036                     )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )    Civil Action No. __05-0005335__
                                           )
0.03 ACRES OF LAND IN                      )
THE DISTRICT OF COLUMBIA                   )
(2838 ALABAMA AVENUE, S.E.)                )
                                           )
and                                        )
                                           )
SAMUEL N. FRANCO                           )    ACTION INVOLVING
 2834 Alabama Avenue, S.E.                 )    REAL PROPERTY
 Washington, D.C. 20020                    )
                                           )
and                                        )
                                           )
NATIONAL BANK OF WASHINGTON                )
 4340 Connecticut Avenue, N.W.             )
 Washington, D.C. 20008                    )
                                           )
and                                        )
                                           )
UNKNOWN OWNERS                             )
                                           )
            Defendants.                    )
                                           )

RECEIVED
Civil Clerk's Office
JUL - 8 2005
Superior Court of the
District of Columbia
Washington, D.C.

## NOTICE

To Defendant Unknown Owners:

You are hereby notified that a complaint in condemnation has heretofore been filed in the

Office of the Clerk of the Superior Court of the District of Columbia, 613 G Street, N.W., for the

taking as an estate in fee simple the following described property in which you have or claim an interest:

> 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88.

The plaintiff seeks to acquire the property to consolidate it with other parcels for retail and related development.

The authority for this taking is D.C. Official Code, §§ 2-1219.19 and 2-1219(c)(1) (2005).

You are further notified that if you desire to present any objection or defense to the taking of your property you are required to serve your answer on the plaintiff's attorney at the address herein designated within twenty days after personal service of this Notice upon you.

Your answer shall identify the property in which you claim to have an interest, state the nature and extent of the interest you claim, and state all of the your objections and defenses to the taking of your property. All defenses and objections not so presented are waived. And in case of your failure so to answer the complaint, judgment of condemnation of that part of the above-described property in which you have or claim an interest will be rendered.

But without answering, you may serve on the plaintiff's attorney a notice of appearance designating the property in which you claim to be interested. Thereafter you will receive notice of all proceedings affecting it. At the trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your property, and you may share in the distribution of the award.

Dated: July 8, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan,  D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854

By: _____
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital
Revitalization Corporation*

2954193 v3

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **NATIONAL CAPITAL**<br>**REVITALIZATION CORPORATION**<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>**Plaintiff,**<br><br>v.<br><br>**0.03 ACRES OF LAND IN**<br>**THE DISTRICT OF COLUMBIA**<br>**(2838 ALABAMA AVENUE, S.E.)**<br><br>and<br><br>**SAMUEL N. FRANCO**<br> 2834 Alabama Avenue, S.E.<br> Washington, D.C. 20020<br><br>and<br><br>**NATIONAL BANK OF WASHINGTON**<br> 4340 Connecticut Avenue, N.W.<br> Washington, D.C. 20008<br><br>and<br><br>**UNKNOWN OWNERS**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. **05-0005335** _____<br><br><br><br><br>**ACTION INVOLVING**<br>**REAL PROPERTY** |

## COMPLAINT TO CONDEMN REAL PROPERTY

Plaintiff National Capital Revitalization Corporation ("NCRC"), by and through its undersigned counsel, hereby brings this action for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

In support thereof, NCRC states as follows:

<u>**Parties**</u>

1.      NCRC is an independent instrumentality of the District of Columbia (the "District"), which was established in 1998 to "effectuate public purposes" including, but not limited to, "retain[ing] and expand[ing] businesses located within the District, attract[ing] new businesses to the District, and induc[ing] economic development and job creation by developing a strategic economic development plan for the District; providing incentives and assistance; removing slum and blight; and coordinating the District's efforts towards these ends." See <u>D.C. Official Code</u>, § 2-1219.02 (2005).

2.      NCRC has been authorized to acquire real property and to exercise eminent domain "in furtherance of the public purposes [articulated in NCRC's enabling statute], in accordance with the provisions of subchapter II of Chapter 13 of Title 16 and §§ 16-1314 to 16-1316," the District's general eminent domain statute. See <u>D.C. Official Code</u>, § 2-1219.19(a) (2005). NCRC has been specifically authorized by the City Council to exercise eminent domain for the property in the lawsuit. See <u>id.</u> at § 2-1219.19(c)(1).

3.      The property at issue is 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88 (the "Property").

4.      Defendant Samuel N. Franco ("Defendant Franco") is an individual holding an interest in the Property.

5.      Defendant National Bank of Washington is an entity holding an interest in the Property.

2

6.    In addition to the Defendants named above, there may be others who have or may claim an interest in the Property to be taken, whose names are unknown to NCRC and on diligent inquiry have not been ascertained.  They are made parties to the action under the designation "Unknown Owners."

7.    NCRC seeks to acquire the Property as an estate in fee simple.

### Jurisdiction

8.    This Court has jurisdiction over this action pursuant to D.C. Official Code, § 16-1303 (2005), because this is a civil action for the condemnation of real property.

9.    This Court has personal jurisdiction over the Defendants pursuant to D.C. Official Code, § 13-423 (2005), because Defendants have an interest in, are using, or are possessing real property located in the District.

### Factual Allegations

A.    **The Use for Which the Property is Taken**

10.    The Property is amongst approximately 18.5 acres located on the north side of the intersection of Good Hope Road, Alabama Avenue, and Naylor Road, S.E., in the Hillcrest neighborhood of Ward 7 (the "Skyland Site").

11.    The Skyland Site currently has blighted and hazardous conditions, has a haphazard layout, and is sufficiently distressed to justify a program of economic rejuvenation.

12.    NCRC seeks to acquire the Property through condemnation to consolidate the Property with other parcels on the Skyland Site for retail and related development (the "Skyland Project").

13.    The Skyland Project is a carefully considered development plan, which is designed to serve a public purpose and is not intended to benefit a particular class of identifiable

3

individuals.

14.    Consolidation and development of the parcels will serve to eliminate the current blighted and hazardous conditions that exist at the Skyland Site and to replace the current haphazard layout and dilapidated conditions with amenities that the community has sought for years.

15.    NCRC has no illegitimate purpose for acquiring the Property.

16.    The City Council approved and authorized the exercise of eminent domain.

**B.    NCRC's Good Faith Attempt to Acquire the Property by Purchase**

17.    On or about February 22, 2005, NCRC sent a letter to Defendant Franco offering to purchase the Property for the appraised value of $350,000.00.

18.    On April 28, 2005, NCRC sent a letter to Defendant Franco explaining that NCRC was preparing to move ahead with eminent domain proceedings if the Defendants were not interested in negotiating a sale of the Property.

19.    Prior to the date of this Complaint, the parties have engaged in good faith negotiations, but NCRC has been unable to acquire the Property voluntarily.

<u>**Condemnation of Real Property**</u>

20.    NCRC incorporates by reference the allegations set forth in Paragraphs 1 through 19 above.

21.    NCRC has identified the Property as one required for an authorized public purpose and use.

22.    NCRC has identified the Property as one required to eliminate the current blighted, hazardous, and distressed conditions that exist at the Skyland Site.

4

23.    NCRC has received approval from the City Council and Mayor of the District to condemn the Property.

24.    NCRC and Defendant Franco participated in good faith negotiations for the purchase of the Property.

25.    The appraised value of $350,000.00 offered by NCRC to purchase the Property would constitute just compensation for the Property.

26.    Defendants have refused to sell, and NCRC has otherwise been unable to purchase, the Property.

**WHEREFORE,** the National Capital Revitalization Corporation prays that this Court enter judgment in its favor and against Defendants allowing NCRC to take the Property, to acquire fee simple title in the Property, to pay the sum of $350,000.00 as just compensation for the same, and for such other relief this Court may find just and proper.

Dated: July 8, 2005                          Respectfully submitted,

                                             HOLLAND & KNIGHT LLP

                                             By: _____
                                             Paul J. Kiernan, D.C. Bar No. 385627

                                             By: _____
                                             Lynn E. Calkins, D.C. Bar No. 445854

                                             By: _____
                                             Roxan A. Kerr, D.C. Bar No. 490310
                                             2099 Pennsylvania Avenue, N.W.
                                             Suite 100
                                             Washington, D.C. 20006
                                             Phone: (202) 955-3000
                                             Facsimile: (202) 955-5564

                                             *Counsel for The National Capital*
                                             *Revitalization Corporation*

2954193 v3

5

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>        Plaintiff,<br><br>        v.<br><br>0.03 ACRES OF LAND IN<br>THE DISTRICT OF COLUMBIA<br>(2838 ALABAMA AVENUE, S.E.)<br><br>and<br><br>SAMUEL N. FRANCO<br>2834 Alabama Avenue, S.E.<br>Washington, D.C. 20020<br><br>and<br><br>NATIONAL BANK OF WASHINGTON<br>4340 Connecticut Avenue, N.W.<br>Washington, D.C. 20008<br><br>and<br><br>UNKNOWN OWNERS<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>05-0005335<br><br>Civil Action No. _____<br><br><br><br><br>ACTION INVOLVING<br>REAL PROPERTY |

## DECLARATION IN SUPPORT OF
## COMPLAINT TO CONDEMN REAL PROPERTY

I, Anthony C. Freeman, am over the age of eighteen and am competent to testify in this matter.

1.    I am the chief executive officer of National Capital Revitalization Corporation ("NCRC").

2.    NCRC seeks to condemn 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88 (the "Property"). Attached hereto is a plan showing the Property.

3.    The Property is among approximately 18.5 acres located on the north side of the intersection of Good Hope Road, Alabama Avenue, and Naylor Road, S.E., in the Hillcrest neighborhood of Ward 7.

4.    NCRC seeks to condemn the Property pursuant to the authorization set forth in D.C. Official Code, §§ 2-1219.19(a) (2001) and 2-1219.19(c)(1) (2005).

5.    NCRC seeks to acquire the Property through condemnation to consolidate the Property with the other parcels for retail and related development (the "Skyland Project").

6.    The Skyland Project is a carefully considered development plan, which is designed to serve a public purpose and is not intended to benefit a particular class of identifiable individuals.

7.    NCRC has no illegitimate purpose for acquiring the Property.

8.    NCRC seeks to acquire the Property as an estate in fee simple.

9.    I estimate that the sum of $350,000.00 would constitute just compensation for the Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2005.

Anthony C. Freeman

SUBSCRIBED AND SWORN TO before

2

me this 8th day of July, 2005.

_____

NOTARY PUBLIC

My commission expires: _____ Tracy G. Belle
Notary Public, District of Columbia
My Commission Expires 2-28-2010

2954193 v3

3



## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036 | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| 0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) | )<br>)<br>)<br>) |
| and | )<br>) |
| SAMUEL N. FRANCO<br>2834 Alabama Avenue, S.E.<br>Washington, D.C. 20020 | )<br>)<br>) |
| and | )<br>) |
| NATIONAL BANK OF WASHINGTON<br>4340 Connecticut Avenue, N.W.<br>Washington, D.C. 20008 | )<br>)<br>) |
| and | )<br>) |
| UNKNOWN OWNERS | )<br>) |
| Defendants. | )<br>) |

05-0005335

Civil Action No. _____

ACTION INVOLVING
REAL PROPERTY

## DECLARATION IN SUPPORT OF
## COMPLAINT TO CONDEMN REAL PROPERTY

I, Anthony C. Freeman, am over the age of eighteen and am competent to testify in this matter.

1.    I am the chief executive officer of National Capital Revitalization Corporation ("NCRC").

2.    NCRC seeks to condemn 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 241/88 (the "Property"). Attached hereto is a plan showing the Property.

3.    The Property is among approximately 18.5 acres located on the north side of the intersection of Good Hope Road, Alabama Avenue, and Naylor Road, S.E., in the Hillcrest neighborhood of Ward 7.

4.    NCRC seeks to condemn the Property pursuant to the authorization set forth in D.C. Official Code, §§ 2-1219.19(a) (2001) and 2-1219.19(c)(1) (2005).

5.    NCRC seeks to acquire the Property through condemnation to consolidate the Property with the other parcels for retail and related development (the "Skyland Project").

6.    The Skyland Project is a carefully considered development plan, which is designed to serve a public purpose and is not intended to benefit a particular class of identifiable individuals.

7.    NCRC has no illegitimate purpose for acquiring the Property.

8.    NCRC seeks to acquire the Property as an estate in fee simple.

9.    I estimate that the sum of $350,000.00 would constitute just compensation for the Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July, 2005.

Anthony C. Freeman

SUBSCRIBED AND SWORN TO before

2

me this 8th day of July, 2005.

_____

NOTARY PUBLIC

My commission expires: _____  Tracy G. Belle
                                Notary Public, District of Columbia
                                My Commission Expires 2-28-2010

2954193 v3



NAYLOR ROAD ARTS
230-UNITS
BLDGS. NUMBERED ON NAYLOR RD.

HILLCREST DR. S.E.

FORT BAKER DR. S.E.

PARK'G

AUSTIN S.E.

N 5641

5639

5640

5640

5641

5632

POST OFF.

NC 1365

GOOD HOPE RD. S.E.

ALABAMA

1034

1019

SANBORN MAP CO. INC.

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.)<br><br>and<br><br>SAMUEL N. FRANCO<br>2834 Alabama Avenue, S.E.<br>Washington, D.C. 20020<br><br>and<br><br>NATIONAL BANK OF WASHINGTON<br>4340 Connecticut Avenue, N.W.<br>Washington, D.C. 20008<br><br>and<br><br>UNKNOWN OWNERS<br><br>Defendants. | Civil Action No. 05-0005335<br><br>Judge Geoffrey M. Alprin<br>Next Court Event:<br>Initial Conf. 10/21/05 @ 9:00AM<br><br><br>ACTION INVOLVING REAL PROPERTY |

## AMENDED NOTICE

To Defendant Samuel N. Franco:

You are hereby notified that a complaint in condemnation has heretofore been filed in the

Office of the Clerk of the Superior Court of the District of Columbia, 613 G Street, N.W., for the

taking as an estate in fee simple the following described property in which you have or claim an interest:

> 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 214/88.

The plaintiff seeks to acquire the property to consolidate it with other parcels for retail and related development.

The authority for this taking is <u>D.C. Official Code</u>, §§ 2-1219.19 and 2-1219(c)(1) (2005).

You are further notified that if you desire to present any objection or defense to the taking of your property you are required to serve your answer on the plaintiff's attorney at the address herein designated within twenty days after personal service of this Amended Notice upon you.

Your answer shall identify the property in which you claim to have an interest, state the nature and extent of the interest you claim, and state all of the your objections and defenses to the taking of your property. All defenses and objections not so presented are waived. And in case of your failure so to answer the complaint, judgment of condemnation of that part of the above-described property in which you have or claim an interest will be rendered.

But without answering, you may serve on the plaintiff's attorney a notice of appearance designating the property in which you claim to be interested. Thereafter you will receive notice of all proceedings affecting it. At the trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your property, and you may share in the distribution of the award.

Dated: July 13, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____ / *FEC*
       Paul J. Kiernan, D.C. Bar No. 385627

By: _____
       Lynn E. Calkins, D.C. Bar No. 445854

By: _____
       Roxan A. Kerr, D.C. Bar No. 490310
       2099 Pennsylvania Avenue, N.W.
       Suite 100
       Washington, D.C. 20006
       Phone: (202) 955-3000
       Facsimile: (202) 955-5564

*Counsel for The National Capital*
*Revitalization Corporation*

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **NATIONAL CAPITAL** <br> **REVITALIZATION CORPORATION** <br> 2025 M Street, N.W. <br> Suite 600 <br> Washington, D.C. 20036 <br><br> **Plaintiff,** <br><br> v. <br><br> **0.03 ACRES OF LAND IN** <br> **THE DISTRICT OF COLUMBIA** <br> **(2838 ALABAMA AVENUE, S.E.)** <br><br> and <br><br> **SAMUEL N. FRANCO** <br> 2834 Alabama Avenue, S.E. <br> Washington, D.C. 20020 <br><br> and <br><br> **NATIONAL BANK OF WASHINGTON** <br> 4340 Connecticut Avenue, N.W. <br> Washington, D.C. 20008 <br><br> and <br><br> **UNKNOWN OWNERS** <br><br> **Defendants.** | **Civil Action No. 05-0005335** <br><br> **Judge Geoffrey M. Alprin** <br> **Next Court Event:** <br> **Initial Conf. 10/21/05 @ 9:00AM** <br><br><br> **ACTION INVOLVING** <br> **REAL PROPERTY** |

### AMENDED COMPLAINT TO CONDEMN REAL PROPERTY

Plaintiff National Capital Revitalization Corporation ("NCRC"), by and through its undersigned counsel, hereby brings this action for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

In support thereof, NCRC states as follows:

## Parties

1.      NCRC is an independent instrumentality of the District of Columbia (the "District"), which was established in 1998 to "effectuate public purposes" including, but not limited to, "retain[ing] and expand[ing] businesses located within the District, attract[ing] new businesses to the District, and induc[ing] economic development and job creation by developing a strategic economic development plan for the District; providing incentives and assistance; removing slum and blight; and coordinating the District's efforts towards these ends." See D.C. Official Code, § 2-1219.02 (2005).

2.      NCRC has been authorized to acquire real property and to exercise eminent domain "in furtherance of the public purposes [articulated in NCRC's enabling statute], in accordance with the provisions of subchapter II of Chapter 13 of Title 16 and §§ 16-1314 to 16-1316," the District's general eminent domain statute. See D.C. Official Code, § 2-1219.19(a) (2005). NCRC has been specifically authorized by the City Council to exercise eminent domain for the property in the lawsuit. See id. at § 2-1219.19(c)(1).

3.      The property at issue is 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 214/88 (the "Property").

4.      Defendant Samuel N. Franco ("Defendant Franco") is an individual holding an interest in the Property.

5.      Defendant National Bank of Washington is an entity holding an interest in the Property.

2

6.    In addition to the Defendants named above, there may be others who have or may claim an interest in the Property to be taken, whose names are unknown to NCRC and on diligent inquiry have not been ascertained. They are made parties to the action under the designation "Unknown Owners."

7.    NCRC seeks to acquire the Property as an estate in fee simple.

### Jurisdiction

8.    This Court has jurisdiction over this action pursuant to D.C. Official Code, § 16-1303 (2005), because this is a civil action for the condemnation of real property.

9.    This Court has personal jurisdiction over the Defendants pursuant to D.C. Official Code, § 13-423 (2005), because Defendants have an interest in, are using, or are possessing real property located in the District.

### Factual Allegations

**A.    The Use for Which the Property is Taken**

10.    The Property is amongst approximately 18.5 acres located on the north side of the intersection of Good Hope Road, Alabama Avenue, and Naylor Road, S.E., in the Hillcrest neighborhood of Ward 7 (the "Skyland Site").

11.    The Skyland Site currently has blighted and hazardous conditions, has a haphazard layout, and is sufficiently distressed to justify a program of economic rejuvenation.

12.    NCRC seeks to acquire the Property through condemnation to consolidate the Property with other parcels on the Skyland Site for retail and related development (the "Skyland Project").

13.    The Skyland Project is a carefully considered development plan, which is designed to serve a public purpose and is not intended to benefit a particular class of identifiable

3

individuals.

14.   Consolidation and development of the parcels will serve to eliminate the current blighted and hazardous conditions that exist at the Skyland Site and to replace the current haphazard layout and dilapidated conditions with amenities that the community has sought for years.

15.   NCRC has no illegitimate purpose for acquiring the Property.

16.   The City Council approved and authorized the exercise of eminent domain.

**B.    NCRC's Good Faith Attempt to Acquire the Property by Purchase**

17.   On or about February 22, 2005, NCRC sent a letter to Defendant Franco offering to purchase the Property for the appraised value of $350,000.00.

18.   On April 28, 2005, NCRC sent a letter to Defendant Franco explaining that NCRC was preparing to move ahead with eminent domain proceedings if the Defendants were not interested in negotiating a sale of the Property.

19.   Prior to the date of this Complaint, the parties have engaged in good faith negotiations, but NCRC has been unable to acquire the Property voluntarily.

<u>**Condemnation of Real Property**</u>

20.   NCRC incorporates by reference the allegations set forth in Paragraphs 1 through 19 above.

21.   NCRC has identified the Property as one required for an authorized public purpose and use.

22.   NCRC has identified the Property as one required to eliminate the current blighted, hazardous, and distressed conditions that exist at the Skyland Site.

23.    NCRC has received approval from the City Council and Mayor of the District to condemn the Property.

24.    NCRC and Defendant Franco participated in good faith negotiations for the purchase of the Property.

25.    The appraised value of $350,000.00 offered by NCRC to purchase the Property would constitute just compensation for the Property.

26.    Defendants have refused to sell, and NCRC has otherwise been unable to purchase, the Property.

**WHEREFORE,** the National Capital Revitalization Corporation prays that this Court enter judgment in its favor and against Defendants allowing NCRC to take the Property, to acquire fee simple title in the Property, to pay the sum of $350,000.00 as just compensation for the same, and for such other relief this Court may find just and proper.

Dated: July 13, 2005                    Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _Paul J Kiernan /EC_
Paul J. Kiernan, D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854

By: _____
Roxan A. Kerr, D.C. Bar No. 490310
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital
Revitalization Corporation*

# 3058865_v1

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION<br>2025 M Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.)<br><br>and<br><br>SAMUEL N. FRANCO<br>2834 Alabama Avenue, S.E.<br>Washington, D.C. 20020<br><br>and<br><br>NATIONAL BANK OF WASHINGTON<br>4340 Connecticut Avenue, N.W.<br>Washington, D.C. 20008<br><br>and<br><br>UNKNOWN OWNERS<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-0005335<br><br>　Judge Geoffrey M. Alprin<br>　Next Court Event:<br>　Initial Conf. 10/21/05 @ 9:00AM<br><br><br>　ACTION INVOLVING<br>　REAL PROPERTY |

## DECLARATION IN SUPPORT OF AMENDED
## COMPLAINT TO CONDEMN REAL PROPERTY

I, Anthony C. Freeman, am over the age of eighteen and am competent to testify in this matter.

1.    I am the chief executive officer of National Capital Revitalization Corporation ("NCRC").

2.    This declaration is submitted to revise an inadvertent error in the legal description of the property included in my original declaration.

3.    NCRC seeks to condemn 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 214/88 (the "Property"). Attached hereto is a plan showing the Property.

4.    The Property is among approximately 18.5 acres located on the north side of the intersection of Good Hope Road, Alabama Avenue, and Naylor Road, S.E., in the Hillcrest neighborhood of Ward 7.

5.    NCRC seeks to condemn the Property pursuant to the authorization set forth in D.C. Official Code, §§ 2-1219.19(a) (2001) and 2-1219.19(c)(1) (2005).

6.    NCRC seeks to acquire the Property through condemnation to consolidate the Property with the other parcels for retail and related development (the "Skyland Project").

7.    The Skyland Project is a carefully considered development plan, which is designed to serve a public purpose and is not intended to benefit a particular class of identifiable individuals.

8.    NCRC has no illegitimate purpose for acquiring the Property.

9.    NCRC seeks to acquire the Property as an estate in fee simple.

10.    I estimate that the sum of $350,000.00 would constitute just compensation for the Property.


I declare under penalty of perjury that the foregoing is true and correct.


2

Executed this 13th day of July, 2005.

_____
Anthony C. Freeman

SUBSCRIBED AND SWORN TO before
me this 13th day of July, 2005.

_____
NOTARY PUBLIC

My commission expires: _09/30/08_____

3

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| NATIONAL CAPITAL ) | |
| REVITALIZATION CORPORATION ) | |
| 2025 M Street, N.W. ) | |
| Suite 600 ) | |
| Washington, D.C. 20036 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-0005335 |
| ) | |
| 0.03 ACRES OF LAND IN ) | Judge Geoffrey M. Alprin |
| THE DISTRICT OF COLUMBIA ) | Next Court Event: |
| (2838 ALABAMA AVENUE, S.E.) ) | Initial Conf. 10/21/05 @ 9:00AM |
| ) | |
| and ) | |
| ) | |
| SAMUEL N. FRANCO ) | ACTION INVOLVING |
| 2834 Alabama Avenue, S.E. ) | REAL PROPERTY |
| Washington, D.C. 20020 ) | |
| ) | |
| and ) | |
| ) | |
| NATIONAL BANK OF WASHINGTON ) | |
| 4340 Connecticut Avenue, N.W. ) | |
| Washington, D.C. 20008 ) | |
| ) | |
| and ) | |
| ) | |
| UNKNOWN OWNERS ) | |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE

To Defendant National Bank of Washington:

You are hereby notified that a complaint in condemnation has heretofore been filed in the

Office of the Clerk of the Superior Court of the District of Columbia, 613 G Street, N.W., for the

taking as an estate in fee simple the following described property in which you have or claim an interest:

> 0.03 acres of land in the District of Columbia located at 2838 Alabama Avenue, S.E. designated on the Records of the Assessor of the District of Columbia as Parcel 214/88.

The plaintiff seeks to acquire the property to consolidate it with other parcels for retail and related development.

The authority for this taking is <u>D.C. Official Code</u>, §§ 2-1219.19 and 2-1219(c)(1) (2005).

You are further notified that if you desire to present any objection or defense to the taking of your property you are required to serve your answer on the plaintiff's attorney at the address herein designated within twenty days after personal service of this Amended Notice upon you.

Your answer shall identify the property in which you claim to have an interest, state the nature and extent of the interest you claim, and state all of the your objections and defenses to the taking of your property. All defenses and objections not so presented are waived. And in case of your failure so to answer the complaint, judgment of condemnation of that part of the above-described property in which you have or claim an interest will be rendered.

But without answering, you may serve on the plaintiff's attorney a notice of appearance designating the property in which you claim to be interested. Thereafter you will receive notice of all proceedings affecting it. At the trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your property, and you may share in the distribution of the award.

Dated: July 13, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
      Paul J. Kiernan,  D.C. Bar No. 385627

By: _____
      Lynn E. Calkins, D.C. Bar No. 445854

By: _____
      Roxan A. Kerr, D.C. Bar No. 490310
      2099 Pennsylvania Avenue, N.W.
      Suite 100
      Washington, D.C. 20006
      Phone: (202) 955-3000
      Facsimile: (202) 955-5564

      *Counsel for The National Capital*
      *Revitalization Corporation*