IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | 1:05CV01603 (RMU) |
| v. | ) ) | |
| SAMUEL FRANCO, et. al. | ) ) | |
| Defendants. | ) ) | |

### ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Paul J. Kiernan and Lynn E. Calkins, of Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C. 20006, as counsel for Plaintiff, National Capital Revitalization Corporation, in the above-captioned matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan, D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000 (phone)
(202) 955-5564 (facsimile)