IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION, ) ) ) ) **Plaintiff,** ) ) v. ) ) 0.03 ACRES OF LAND IN ) THE DISTRICT OF COLUMBIA ) (2838 ALABAMA AVENUE, S.E.) ) and SAMUEL N. FRANCO ) and NATIONAL BANK OF ) WASHINGTON and ) UNKNOWN OWNERS, ) ) **Defendants.** ) ) | Civil Action No. 1:05cv01603 (RMU) |

## ORDER

The Court having considered Plaintiffs' Motion to Remand and the Opposition thereto, it is this ____ day of _____, 2005;

**ORDERED** that the Plaintiffs' Motion to Remand is **GRANTED**.

_____
Judge Ricardo M. Urbina
U.S. District Court for the District of Columbia