**EXHIBIT B**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL

National Capital Revitalization Corporation

vs.

0.03 Acres of Land in the District of Columbia (2838 Alabama Avenue, SE), et al.

No. 2005-CA-005335 E(RP)

AFFIDAVIT OF SERVICE

to wit: Washington, DC

RECEIVED
Civil Clerk's Office

JUL 18 2005

Superior Court of the
District of Columbia
Washington, D.C.

I, DANIEL F. PORTNOY, having been duly authorized service of the Amended Complaint to Condemn Real Property, Order, Amended Notice, Declaration in Support of Amended Complaint to Condemn Real Property, Notice, Complaint to Condemn Real Property, and Declaration in Support of Complaint to Condemn Real Property with Attachment in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:00 am on July 15, 2005, I served PNC Bank National Association c/o Barbara S. Liester, Vice President at 1919 Pennsylvania Avenue, NW, Washington, DC 20006 by serving Barbara S. Liester, Vice President, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     45
HEIGHT-  5'7"
HAIR-    BLONDE
WEIGHT-  150
COLOR-   WHITE
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

DANIEL F. PORTNOY
Our File#- 155406

SUBSCRIBED and SWORN to before me this 18th day of July, 2005.

Angela H. Croson
Notary Public

My commission expires: 03-31-09