IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,<br><br>Defendants. | Civil Action No. 1:05cv01603 (RMU) |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SAMUEL N. FRANCO'S ANSWER AND COUNTERCLAIM**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff National Capital Revitalization Corporation, by and through its undersigned counsel, hereby moves for an extension of time to and including to and including October 14, 2005 to respond to Defendant Samuel N. Franco's Answer and Counterclaim. The grounds for this motion are more fully discussed in the attached Memorandum of Points and Authorities.

In accordance with Local Rule 7(m), the undersigned states that she discussed this matter with counsel for Defendant Franco and that he consented to the relief requested.

Dated:  August 31, 2005         Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan,  D.C. Bar No. 385627

By: _____
Lynn E. Calkins, D.C. Bar No. 445854
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital
Revitalization Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,<br><br>Defendants. | Civil Action No. 1:05cv01603 (RMU) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SAMUEL N. FRANCO'S ANSWER AND COUNTERCLAIM

Plaintiff National Capital Revitalization Corporation, by and through its undersigned counsel, hereby submits this Memorandum of Points and Authorities in Support of its Consent Motion for Extension of Time to Respond to Defendant Samuel N. Franco's Answer and Counterclaim.

Mr. Franco filed his Answer and Counterclaim in the Superior Court for the District of Columbia on August 8, 2005. Thereafter, Mr. Franco removed this action to this Court. Any response to Defendant Franco's Answer and Counterclaim is currently due on August 31, 2005.

With this Motion, Plaintiff filed a Motion for Remand on the grounds that Mr. Franco's removal of this action was improper for at least three reasons: Mr. Franco affirmatively asserted the jurisdiction of the Superior Court of the District of Columbia by filing a counterclaim prior to

removing this action; not all defendants timely joined in Mr. Franco's removal of this action; and the case involves issues of local law and policy such that the matter should be decided by the Superior Court of the District of Columbia.

In accordance with Rule 6(b) of the Federal Rules of Civil Procedure, the Court has the inherent power to grant reasonable extensions of time to file pleadings. See Simpson v. Socialist People's Libyan Arab Jamahiriya, 362 F. Supp. 2d 168, 171 (D.D.C. 2005) (noting that Court had previously granted an extension of time for defendant to file an answer); Savage v. Scales, 310 F. Supp. 2d 122, 127 (D.D.C. 2004) (granting two separate motions for extension of time where case was removed from state court and party submitted second motion for extension of time one day after the response deadline); Carbe v. Bureau of Alcohol, Tobacco, and Firearms, Civ. A. No. 03-1658(RMC), 2004 W.L. 2051359, at *9 (D.D.C. Aug. 12, 2004) (noting Court's willingness to grant an extension of time should the party require one).

Plaintiff seeks a reasonable extension of time here to allow the parties to brief the Motion to Remand fully and to provide this Court with an opportunity to consider the issue. In order to not expend this Court's resources unnecessarily by filing pleadings in an action that may be remanded, for reasons of judicial economy, Plaintiff requests an extension to respond to Defendant Franco's Answer and Counterclaim to and including October 14, 2005.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant its motion to extend their time to respond to Defendant Franco's Answer and Counterclaim to and including October 14, 2005.

Dated: August 31, 2005

                                Respectfully submitted,

                                HOLLAND & KNIGHT LLP

By: _____
     Paul J. Kiernan, D.C. Bar No. 385627

By: _____
     Lynn E. Calkins, D.C. Bar No. 445854
     2099 Pennsylvania Avenue, N.W.
     Suite 100
     Washington, D.C. 20006
     Phone: (202) 955-3000
     Facsimile: (202) 955-5564

            *Counsel for The National Capital*
                *Revitalization Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first class mail, postage prepaid on this 31st day of August, 2005 upon:

>PNC Bank National Association
>c/o Barbara S. Liester
>1919 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006

_____
Lynn E. Calkins

# 3187180_v3