UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CAPITAL | : | |
| REVITALIZATION CORPORATION, | : | |
| Plaintiff, | : | Civil No. 1:05cv01603 (RMU) |
| | : | |
| v. | : | |
| | : | |
| 0.03 ACRES OF LAND IN | : | |
| THE DISTRICT OF COLUMBIA | : | |
| (2838 Alabama Avenue, S.E.) | : | |
| | : | ACTION INVOLVING REAL PROPERTY |
| and | : | |
| | : | |
| SAMUEL N. FRANCO | : | |
| 2834 Alabama Avenue, S.E. | : | |
| Washington, D.C. 20020 | : | |
| | : | |
| and | : | |
| | : | |
| NATIONAL BANK OF WASHINGTON | : | |
| c/o PNC Bank National Association | : | |
| 1919 Pennsylvania Avenue, N.W. | : | |
| Washington, D.C. 20006 | : | |
| | : | |
| and | : | |
| | : | |
| UNKNOWN OWNERS, | : | |
| Defendants. | : | |

CONSENT MOTION FOR EXTENSION OF TIME
TO SERVE AND FILE MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Pursuant to Local Rule 7(b) and with the consent of plaintiff's counsel, defendant Samuel

N. Franco ("Franco"), by counsel, respectfully requests an extension of time in which to serve

and file his memorandum of points and authorities in opposition to plaintiff's motion to remand

this action to the Superior Court of the District of Columbia until September 19, 2005.

Defendant Franco requests the additional seven days because of his counsel being out of town for

several days and the intervening Labor Day weekend.

WHEREFORE defendant Franco requests that his time to file his memorandum of points and authorities in opposition to plaintiff's motion to remand this action to the Superior Court of the District of Columbia be extended from September 12, 2005 to September 19, 2005.

Dated: September 7, 2005                    Respectfully submitted,

                                            _/s/_____
                                            Ralph Werner, D.C. Bar No. 88161
                                            1020 Nineteenth Street, N.W.
                                            Suite 400
                                            Washington, DC 20036
                                            (202) 331-8940 (Telephone)
                                            (202) 331-8943 (Facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CAPITAL | : | |
| REVITALIZATION CORPORATION, | : | |
| Plaintiff, | : | Civil No. 1:05cv01603 (RMU) |
| | : | |
| v. | : | |
| | : | |
| 0.03 ACRES OF LAND IN | : | |
| THE DISTRICT OF COLUMBIA | : | |
| (2838 Alabama Avenue, S.E.), | : | |
| and SAMUEL N. FRANCO, | : | |
| and NATIONAL BANK OF | : | |
| WASHINGTON, and UNKNOWN | : | |
| OWNERS, | : | |
| Defendants. | : | |

ORDER GRANTING EXTENSION OF TIME

Upon consideration of defendant Samuel N. Franco's consent motion for extension of

time to serve and file his memorandum of points and authorities in opposition to plaintiff's

motion to remand this action to the Superior Court of the District of Columbia, and good cause

having been shown, it is by the Court this _____ day of September, 2005

ORDERED that the motion is granted.  Defendant Samuel N. Franco shall serve and file

his memorandum of points and authorities in opposition to plaintiff's motion to remand by

September 19, 2005.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true copy of the foregoing Consent Motion for Extension of Time of defendant Samuel N. Franco was served by first class mail, postage prepaid, this 7th day of September, 2005 on Barbara Liester, Vice-President, PNC Bank, N.A., successor to defendant National Bank of Washington, 1919 Pennsylvania Avenue, NW, Washington, DC 20006.


               __/s/_____
               Ralph Werner