UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION, : : | |
| Plaintiff, : | Civil No. 1:05cv01603 (RMU) |
| : | |
| v. : | |
| : | |
| 0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 Alabama Avenue, S.E.), and SAMUEL N. FRANCO, and NATIONAL BANK OF WASHINGTON, and UNKNOWN OWNERS, : : : : : : : | |
| Defendants. : | |

AFFIRMATION OF RALPH WERNER

I, Ralph Werner, attorney for defendant Samuel N. Franco ("Franco") affirm, under penalty of perjury, that the following is true as of my personal knowledge:

1. On September 1, 2005, I asked Michael Hillman of First American Title Insurance, a title insurance company located in the District of Columbia, to search the land records of the District of Columbia for liens on the property that is the subject of this action.

2. Mr. Hillman responded the same day and told me that his company had made a search of the land records and found that the property was owned by defendant Franco and that there were no liens on the property.

3. On September 2, 2005, Mr. Hillman sent me a copy of the results of his company's search showing there were no liens on the property. A copy is attached as Exhibit 1.

4. During the period of September 7-12, 2005 I spoke with several representatives of PNC Bank ("PNC"), a named defendant in this action, about the interest, if any, of PNC as successor to National Bank of Washington, in this action or the property that is the subject of this

action. By letter dated September 12, 2005 from PNC to me, PNC stated "We have researched the loan regarding the property at issue and found no record of the loan." PNC further asked to be removed from service of any future pleadings. A copy of the letter, signed by Frederick N. Egler, Jr., Esq., Chief Counsel-Litigation of PNC, is attached as Exhibit 2.

Dated: September 15, 2005

Ralph Werner

SEP-02-2005 FRI 07:58 AM FIRST AMER TITLE INSUR   FAX NO. 2025301433   P. 02
Case 1:05-cv-01603-RMU   Document 7-3   Filed 09/16/2005   Page 3 of 6
Washington DC - Recorder of Deeds   Page 1 of 1



EXHIBIT 1

SEP-02-2005 FRI 07:59 AM FIRST AMER TITLE INSUR    FAX NO. 2025301433    P. 03
Case 1:05-cv-01603-RMU   Document 7-3   Filed 09/16/2005   Page 4 of 6
Washington DC - Recorder of Deeds                                Page 1 of 2




| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

< Search Our Data   < Criteria Page        Logout    Account Info    Subscribed Expires 12/6/2005    View # of iter

This site references Documents filed between November 1, 1973 through August 19, 2005.

**We found 13 records that met the following search criteria:**

Book Type: **GENERAL**                                                   Printable res

Name: **FRANCO S** (Grantee)

Sorted by **Name**

Now viewing documents **1** through **13**                 View in groups of: 10 | 20 | 30

Add selected items to cart    0 items in Shopping Cart    >> How do I purchase image
                               0 items selected           Click on column heading to sort resul

Select all documents on this page          Clear all selected documents on this page

| View Detail | View Image | Purchase Image | Doc # | Type | Filed | Book | Vol/Page | First Lot Square | Grantee Name | |
|---|---|---|---|---|---|---|---|---|---|---|
| 📄 | 🔑 | ☐ | 8600009443 | DEED RELEASE | 8-12-1986 | GENERAL | 33 2022 | | FRANCO, SAMUEL | N/A |
| 📄 | 🔑 | ☐ | 8800007141 | FINANCING STATEMENT | 9-13-1988 | GENERAL | 58 876 | | FRANCO, SHIRLEE GRA | |
| 📄 | 🔑 | ☐ | 8800006778 | FINANCING STATEMENT | 8-29-1988 | GENERAL | 58 112 | | FRANCO, SHIRLEY G | |
| 📄 | 🔑 | ☐ | 8800007140 | FIN STMT TERMINATION | 9-13-1988 | GENERAL | 58 875 | | FRANCO, SHIRLEY G | |
| 📄 | 🔑 | ☐ | 8800002305 | DC TAX LIENS | 5-20-1988 | GENERAL | 55 550 | | FRANCO, SIMON H | |
| 📄 | 🔑 | ☐ | 8900002868 | DC TAX LIENS | 5-5-1989 | GENERAL | 66 1946 | | FRANCO, SIMON H | |
| 📄 | 🔑 | ☐ | 9400000318 | DC TAX LIENS | 11-29-1993 | GENERAL | 123 184 | | FRANCO, SIMON H | N/A |
| 📄 | 🔑 | ☐ | 9300014443 | FINANCING STATEMENT | 8-27-1993 | GENERAL | 119 1712 | | FRANCO, STEVEN M | |
| 📄 | 🔑 | ☐ | 8800006778 | FINANCING STATEMENT | 8-29-1988 | GENERAL | 58 112 | | FRANCO, STEVEN N | |
| 📄 | 🔑 | ☐ | 8800007140 | FIN STMT TERMINATION | 9-13-1988 | GENERAL | 58 875 | | FRANCO, STEVEN N | |
| 📄 | 🔑 | ☐ | 8800007141 | FINANCING STATEMENT | 9-13-1988 | GENERAL | 58 876 | | FRANCO, STEVEN N | |
| 📄 | 🔑 | ☐ | 9000016053 | ASSIGNMENT | 10-2-1990 | GENERAL | 83 2605 | | FRANCO, STEVEN N | |
| 📄 | 🔑 | ☐ | 9600006065 | FINANCING STATEMENT | 4-11-1996 | GENERAL | 168 515 | | FRANCO, STEVEN N | |

Select all documents on this page          Clear all selected documents on this page

SEP-02-2005 FRI 07:59 AM FIRST AMER TITLE INSUR    FAX NO. 2025301433    P. 04
Case 1:05-cv-01603-RMU    Document 7-3    Filed 09/16/2005    Page 5 of 6
Washington DC - Recorder of Deeds    Page 1 of 2

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

**WELCOME TO WASHINGTON**
**District of Columbia**

Anthony A. Williams

< Search Our Data        Logout    Account Info    **Subscribed**        **View Cart**
                                    Expires 12/6/2005        # of items: 0

This site references Documents filed between November 1, 1973 through August 19, 2005.

**No records were found that match your criteria.**
**Please modify your criteria and try again.**

Need Help?

Date Filed From     Date Filed To
[            ]      [            ] (MM/DD/YYYY)

Document Type       Book Type
[ALL        ▼]      [GENERAL ▼]

Lot
[0088]

Square
[P0214]

Sort results by:
(•) Doc No   ( ) Doc Type   ( ) Book Type   ( ) Vol/Page
( ) Date Filed

[Submit]   [Clear Search Criteria]

Please use the following guidelines in order to get the desired results using the Lot / Square search.

• In order to begin searching you must enter your criteria in the "Lot" or "Square" field in order to perform the search. The search will not put a wild card at the end of the text you entered before searching the database.

• You may search for up to 10 lot numbers per search by separating the lot numbers with a comma OR you may enter a range of lots using a dash. For example, to search for lots 15, 16, 17, and 18, you can enter EITHER 15,16,17,18 OR 15-18. **PLEASE NOTE:** The "Square" criteria is limited to one square number per search. **ALSO** if you enter multiple lot numbers to search for, you MUST enter a square number to help narrow the results.

• Most of the lot and square data has been made consistent by using a 4 or 5 digit numbering system. If you search for lot 15, the data you will be looking for is actually lot 0015. If you search for square N56, then the data you are looking for is actually N0056. The search will do this conversion for you.

• Use the "**Date Filed From**" and "**Date Filed To**" fields as a filter to narrow your search results. As you type in the date, it will automatically be insert the "/" for you.

• The search will automatically look for all document types. If you a seeking a particular document type, then select that "**Document Type**" from the drop down menu.

• The search will automatically look for all book types. If want to restrict your search to GENERAL or LAND book types, then select that "**Book Type**" from the drop down menu.

For Technical Support issues please contact us at 1-877-LANDATA    Email Webmaster    Powered by LANDATA

    



Frederick N. Egler, Jr.
Chief Counsel-Litigation
Tel.:     (412) 768-3312
Fax:     (412) 762-5920
E-Mail: frederick.egler@pnc.com

**VIA FAX – 202-331-8943**

September 12, 2005

Ralph Werner, Esquire
1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

RE: National Capital Revitalization Corporation v. 0.03 Acres of Land in the District of Columbia (2838 Alabama Avenue, S.E.) and Samuel N. Franco and National Bank of Washington and Unknown Owners
**Civil Action No. 1:05cv01603**

Dear Mr. Werner:

We are in receipt of the Consent Motion for Extension of Time to Response to Defendant Samuel N. Franco's Answer and Counterclaim, dated August 31, 2005. We have researched the loan regarding the property at issue and found no record of the loan. PNC Bank, N.A. does not contest the pleading. Therefore, please remove us from the service list and from service of any future pleadings.

Very truly yours,

Frederick N. Egler, Jr.
Chief Counsel-Litigation

FNE/cld

M:\WPDATA\CORPBANK\CHRISTINE\letters\werner091205

The PNC Financial Services Group
One PNC Plaza  249 Fifth Avenue  Pittsburgh  Pennsylvania  15222 2707
www.pnc.com

TOTAL P.02

EXHIBIT 2