UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION, | : : | |
| Plaintiff, | : : | Civil No. 1:05cv01603 (RMU) |
| v. | : : | |
| | : | ACTION INVOLVING REAL PROPERTY |
| 0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 Alabama Avenue, S.E.) | : : : | |
| and | : : | |
| SAMUEL N. FRANCO, et. al., | : | |
| Defendants. | : | |

ORDER

Upon consideration of Plaintiff's Motion to Remand and Memorandum of Points and Authorities In Support of Plaintiff's Motion to Remand, and Defendant Samuel N. Franco's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Remand, and good cause not having been shown, it is by the Court this ___ day of _____, 2005

ORDERED that the Motion to Remand is hereby Denied.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Paul J. Kiernan, Esq.
Lynn E. Calkins, Esq.
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
Attorneys for Plaintiff

Ralph Werner, Esq.
1020 Nineteenth Street, N.W.,
Suite 400
Washington, D.C. 20036
Attorney for Defendant Samuel N. Franco

Barbara Liester
Vice-President
PNC Bank, N.A.,
successor to defendant National Bank of Washington
1919 Pennsylvania Avenue, NW
Washington, DC 20006.