IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,<br><br>Defendants. | Civil Action No. 1:05cv01603 (RMU) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY MEMORANDUM IN SUPPORT
OF PLAINTIFF'S MOTION TO REMAND**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff National Capital Revitalization Corporation, through its undersigned counsel, moves for an extension of time to and including October 3, 2005 to file a Reply Memorandum in Support of its Motion to Remand. In accordance with Local Rule 7(m), the undersigned states that this matter was discussed with counsel for Defendant Samuel N. Franco, who consented to the relief requested.

Dated: September 26, 2005               Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                        Paul J. Kiernan, D.C. Bar No. 385627
                                        Lynn E. Calkins, D.C. Bar No. 445854
                                        2099 Pennsylvania Avenue, N.W.
                                        Suite 100
                                        Washington, D.C. 20006
                                        Phone: (202) 955-3000
                                        Facsimile: (202) 955-5564

                                        *Counsel for The National Capital*
                                        *Revitalization Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,<br><br>Defendants. | Civil Action No. 1:05cv01603 (RMU) |

MEMORANDUM IN SUPPORT OF
CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY MEMORANDUM IN SUPPORT
OF PLAINTIFF'S MOTION TO REMAND

Plaintiff National Capital Revitalization Corporation ("NCRC") hereby submits its Memorandum in Support of its Motion for an Extension of Time to and including October 3, 2005 to file a Reply Memorandum in Support of its Motion to Remand.

1.      On August 11, 2005, Defendant Franco filed a Notice of Removal with this Court seeking to divest the Superior Court of the District of Columbia of jurisdiction over this suit.

2.      On August 31, 2005, NCRC moved to remand this action to the Superior Court of the District of Columbia, which Defendant Franco opposed on September 16, 2005.

3.      Because of scheduling conflicts, NCRC has requested, and Defendant Franco has consented to, an extension through and until October 3, 2005 for NCRC to file its Reply Memorandum in Support of its Motion to Remand.

4.  The Court has the inherent power to grant reasonable extensions of time to file pleadings. See Simpson v. Socialist People's Libyan Arab Jamahiriya, 362 F. Supp. 2d 168, 171 (D.D.C. 2005); Savage v. Scales, 310 F. Supp. 2d 122, 127 (D.D.C. 2004); Carbe v. Bureau of Alcohol, Tobacco, and Firearms, Civ. A. No. 03-1658(RMC), 2004 W.L. 2051359, at *9 (D.D.C. Aug. 12, 2004).

For the foregoing reasons, Plaintiff National Capital Revitalization Corporation respectfully requests that the Court grant its consent motion to extend the time to file a Reply Memorandum in Support of its Motion to Remand to and including October 3, 2005.

Dated: September 26, 2005                Respectfully submitted,

                                          HOLLAND & KNIGHT LLP

                                          By: _____
                                          Paul J. Kiernan, D.C. Bar No. 385627
                                          Lynn E. Calkins, D.C. Bar No. 445854
                                          2099 Pennsylvania Avenue, N.W.
                                          Suite 100
                                          Washington, D.C. 20006
                                          Phone: (202) 955-3000
                                          Facsimile: (202) 955-5564

                                          *Counsel for The National Capital
                                          Revitalization Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first class mail, postage prepared on this 26th day of September, 2005 upon:

>PNC Bank National Association
>c/o Barbara S. Liester
>1919 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006

>*[signature]*
>Lynn E. Calkins

# 3252121_v1