IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,<br><br>Defendants. | Civil Action No. 1:05cv01603 (RMU) |

## ORDER

The Court having considered Consent Motion for Extension of Time to File Reply Memorandum in Support of Plaintiff's Motion for Remand, and good cause having been shown, it is this ____ day of _____, 2005;

**ORDERED** that the Motion for Extension of Time is **GRANTED**. It is further **ORDERED** that Plaintiff has up to and including October 3, 2005 to file a Reply Memorandum in Support of Plaintiff's Motion to Remand.

_____
Judge Ricardo M. Urbina
U.S. District Court for the District of Columbia