## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05cv01603 (RMU) |
| 0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SAMUEL N. FRANCO'S ANSWER AND COUNTERCLAIM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and this Court's September 1, 2005 Minute Order, Plaintiff National Capital Revitalization Corporation, by and through its undersigned counsel, hereby moves for an extension of time to and including ten days following this Court's issuance of its Order on Plaintiff's Motion to Remand to respond to Defendant Samuel N. Franco's Answer and Counterclaim. The grounds for this motion are more fully discussed in the attached Memorandum of Points and Authorities.

In accordance with Local Rule 7(m), the undersigned states that she discussed this matter with counsel for Defendant Franco and that he consented to the relief requested.

Dated:  October 11, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____

Paul J. Kiernan,  D.C. Bar No. 385627
Lynn E. Calkins, D.C. Bar No. 445854
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital
Revitalization Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL CAPITAL<br>REVITALIZATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN<br>THE DISTRICT OF COLUMBIA<br>(2838 ALABAMA AVENUE, S.E.)<br>and SAMUEL N. FRANCO<br>and NATIONAL BANK OF<br>WASHINGTON and<br>UNKNOWN OWNERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05cv01603 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANT SAMUEL N. FRANCO'S ANSWER AND COUNTERCLAIM**

Plaintiff National Capital Revitalization Corporation, by and through its undersigned counsel, hereby submits this Memorandum of Points and Authorities in Support of its Consent Motion for Extension of Time to Respond to Defendant Samuel N. Franco's Answer and Counterclaim.

Mr. Franco filed his Answer and Counterclaim in the Superior Court for the District of Columbia on August 8, 2005. Thereafter, Mr. Franco removed this action to this Court.

On August 31, 2005, Plaintiff filed a Motion for Remand on the grounds that Mr. Franco's removal of this action was improper for at least three reasons: Mr. Franco affirmatively asserted the jurisdiction of the Superior Court of the District of Columbia by filing a counterclaim prior to removing this action; not all defendants timely joined in Mr. Franco's

removal of this action; and the case involves issues of local law and policy such that the matter should be decided by the Superior Court of the District of Columbia.

Along with its Motion to Remand, Plaintiff filed a Consent Motion for an Extension of Time until October 14, 2005 to respond to Defendant Franco's Answer and Counterclaim, which was granted by the Court on September 1, 2005.

To date, the Court has not yet ruled on Plaintiff's Motion to Remand. Accordingly, Plaintiff requests to and including ten days following issuance of the Court's Order on Plaintiff's Motion to Remand to respond to Defendant Franco's Answer and Counterclaim.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant its motion to extend their time to respond to Defendant Franco's Answer and Counterclaim to and including ten days following this Court's issuance of its Order on Plaintiff's Motion to Remand.

Dated: October 11, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan, D.C. Bar No. 385627
Lynn E. Calkins, D.C. Bar No. 445854
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital
Revitalization Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first class mail, postage prepaid on this 11th day of October, 2005 upon:

PNC Bank National Association
c/o Barbara S. Liester
1919 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

_____
Lynn E. Calkins

# 3293128_v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05cv01603 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court having considered Consent Motion for Extension of Time to Respond to Defendant Samuel N. Franco's Answer and Counterclaim ("Motion for Extension of Time"), and good cause having been shown, it is this _____ day of _____, 2005;

**ORDERED** that the Motion for Extension of Time is **GRANTED**. It is further **ORDERED** that Plaintiff has up to and including ten days following this Court's issuance of its Order on Plaintiff's Motion to Remand to respond to Defendant Samuel N. Franco's Answer and Counterclaim.

_____
Judge Ricardo M. Urbina
U.S. District Court for the District of Columbia