# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CAPITAL REVITALIZATION CORP. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | Civil Action No.:    05-1603  (RMU) |
| v. | : | |
| | : | Document No .:    4 |
| SAMUEL N. FRANCO *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING THE PLAINTIFF'S MOTION TO REMAND

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 7th day of November 2005, it is hereby

**ORDERED** that the plaintiff's motion to remand is **GRANTED.**

**SO ORDERED.**


RICARDO M. URBINA
United States District Judge