## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL CAPITAL REVITALIZATION CORPORATION,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **Civil Action No. 1:05cv01603 (RMU)** |
| **0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,** ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SAMUEL N. FRANCO'S ANSWER AND COUNTERCLAIM

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff National Capital Revitalization Corporation, by and through its undersigned counsel, hereby moves for an extension of time to and including five days following a docket entry from the Clerk of this Court transferring the record in this action back to the Superior Court for the District of Columbia. The grounds for this motion are more fully discussed in the attached Memorandum of Points and Authorities.

In accordance with Local Rule 7(m), the undersigned states that she discussed this matter with counsel for Defendant Franco and that he consented to the relief requested.

Dated:  November 21, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____

Paul L. Kiernan,  D.C. Bar No. 385627
Lynn E. Calkins, D.C. Bar No. 445854
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital*
*Revitalization Corporation*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL CAPITAL**<br>**REVITALIZATION CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Civil Action No. 1:05cv01603 (RMU)** |
| **0.03 ACRES OF LAND IN**<br>**THE DISTRICT OF COLUMBIA**<br>**(2838 ALABAMA AVENUE, S.E.)**<br>**and SAMUEL N. FRANCO**<br>**and NATIONAL BANK OF**<br>**WASHINGTON and**<br>**UNKNOWN OWNERS,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANT SAMUEL N. FRANCO'S ANSWER AND COUNTERCLAIM**

Plaintiff National Capital Revitalization Corporation ("NCRC"), by and through its undersigned counsel, hereby submits this Memorandum of Points and Authorities in Support of its Consent Motion for Extension of Time to Respond to Defendant Samuel N. Franco's Answer and Counterclaim.

On August 8, 2005, Mr. Franco filed his Answer and Counterclaim in the Superior Court for the District of Columbia and thereafter removed this action to this Court. On August 31, 2005, Plaintiff filed a motion to remand the action back to the Superior Court for the District of Columbia. On October 12, 2005, this Court granted NCRC ten days following the Court's issuance of its order on NCRC's Motion to Remand in order respond to Mr. Franco's Answer and Counterclaim.

On November 7, 2005, this Court granted NCRC's Motion to Remand such that NCRC's response to Mr. Franco's Answer and Counterclaim is due on November 21, 2005. To date, however, the Clerk of this Court has not yet transferred the record in this action back to the Superior Court for the District of Columbia.

NCRC thus requests the Court to grant NCRC an additional extension of time to file its response to until and including five days after the Clerk of this Court enter the requisite docket entry transferring the record in this action back to the Superior Court for the District of Columbia. This will allow NCRC to file its response to Mr. Franco's Answer and Counterclaim in the Court where the case will be pending.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant its motion to extend their time to respond to Defendant Franco's Answer and Counterclaim to and including five days after the Clerk of this Court enter the requisite docket entry transferring the record in this action back to the Superior Court for the District of Columbia.

Dated: November 21, 2005

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Paul J. Kiernan, D.C. Bar No. 385627
Lynn E. Calkins, D.C. Bar No. 445854
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

*Counsel for The National Capital*
*Revitalization Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first class mail, postage prepaid on this

21st day of November, 2005 upon:

PNC Bank National Association
c/o Barbara S. Liester
1919 Pennsylvania Avenue, N.W.
Washington, D.C. 20006


_____
Lynn E. Calkins

# 3395852_v1