IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CAPITAL REVITALIZATION CORPORATION,  Plaintiff,  v.  0.03 ACRES OF LAND IN THE DISTRICT OF COLUMBIA (2838 ALABAMA AVENUE, S.E.) and SAMUEL N. FRANCO and NATIONAL BANK OF WASHINGTON and UNKNOWN OWNERS,  Defendants. | Civil Action No. 1:05cv01603 (RMU) |

### ORDER

The Court having considered Consent Motion for Extension of Time to Respond to Defendant Samuel N. Franco's Answer and Counterclaim ("Motion for Extension of Time"), and good cause having been shown, it is this ____ day of _____, 2005;

**ORDERED** that the Motion for Extension of Time is **GRANTED**. It is further **ORDERED** that Plaintiff has up to and including five days after the Clerk of this Court enter the docket entry transferring the record in this action back to the Superior Court for the District of Columbia.

_____
Judge Ricardo M. Urbina
U.S. District Court for the District of Columbia